JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| QUINCY SMITH, an individual, | Case No.: 2:21-cv-08135 JFW (MRWx) |
| Plaintiff, | Superior Court Case No.: 21STCV28138 |
| v. | **ORDER ON STIPULATION TO REMAND** |
| LOWE'S HOME CENTERS, LLC, LOWE'S COMPANIES, INC., a corporation, | |
| Defendants. | Complaint Filed: July 29, 2021 |

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders that this case be remanded to the Superior Court for the State of California, County of Los Angeles, Case No. 21STCV28138, upon the terms set forth in that stipulation.

IT IS SO ORDERED.


Dated: December 6, 2021          Hon. _____

United States District Court Judge